IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DE'MARIO GRANT,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, FINE ARTS MUSEUMS OF SAN FRANCISCO, CORPORATION OF FINE ARTS MUSEUMS, severally and as joint employers, HUGO GRAY, CHARLES CASTILLO, and DOES 1 through 50, inclusive,

    Defendants.

                                      /

No. C 17-04869 WHA

**REMINDER RE PRETRIAL SUBMISSIONS**

    This is a reminder that the final pretrial conference is set for **SEPTEMBER 18, 2019, AT 2:00 P.M.** Please file your pretrial submissions in accordance with the local rules.

    **IT IS SO ORDERED.**

Dated: September 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE